RECEIVED
FEB 27 2024
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Destin Reese
(Enter Above the Name of the Plaintiff in this Action)

vs.

Judge ~~Frainer~~ holbrook
(Enter above the name of the Defendant in this Action)

2:24 CV 0870

JUDGE MORRISON

MAGISTRATE JUDGE VASCURA

If there are additional Defendants, please list them:

~~[scribbled out]~~

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Destin Dawyn Reese
Name - Full Name Please - PRINT

7000 Laurel boat Lane
Street Address

Canal winchester 43110
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Judge holbrook__
   Name - Full Name Please

   __N/A hes a Judge you should see on Court website. I have no way to Acces that Right now__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was kidnapped I was already off parole and did all my violation time which was 1/2 of the orginal sentence and the Judge put 2 warrants for parole violation which was when I caught a misdormenor and then at my parole hearing I told them I'm already off of parole and they said I'm correct which at that time of course you know it was kidnapped so they said they were letting me go on just the misdormenor charge, soon after the issued a warrant for my Arrest for no reason I turned myself in and was ready to go to parole board hearing and tell them fuck them they kidnapped me they didn't allow me to go to cre because they knew they were wrong so a doctor from twin valley came to see me and said I was getting out? why would a doctor come see me? then they still didn't let me out when the doctor said I was getting out ontop of this this is whats been going on Ever since that lawsuite from my case After I filled they even prescribe me lithium I dont know why Either and this girl said I killed her sister I never did she did please put some kinda consquences Because what is she doing on my lawsuite any way can I get a protection order. or whats the next move you guys know Also they froze my bank account from my lawsuite filled 2018 or 2019 for my conveyance case which this seems to be the same case can you help.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 2190CV5338 | Destin Reese vs Trimoner vs. David A |
| | vs. |
| | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want the courts to pay me and also give me my Bank Information!!

I state under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of february, 2024.

_____
Signature of Plaintiff

-4-