# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DESTIN DEZWYN REESE,**

    **Plaintiff,**

v.

**JUDGE HOLBROOK,**

    **Defendant.**

:

:

**Case No. 2:24-cv-870**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

In an April 17, 2024 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 4.) Plaintiff Destin Dezwyn Reese was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id*.) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**